UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

REMINGTON DONAVAIR LEBEAUX,

                Plaintiff,

    v.

BRIAN DENNEHY,

                Defendant.

Case No. C10-1214-TSZ

ORDER OF DISMISSAL

The Court, having reviewed plaintiff's complaint, the Report and Recommendation of the Honorable James P. Donohue, United States Magistrate Judge, and the remaining record, does hereby find and Order:

(1)    The Court adopts the Report and Recommendation.

(2)    Defendant's motion to dismiss (Dkt. No. 13) is GRANTED.

(3)    Plaintiff's complaint and this action are DISMISSED, without prejudice, for failure to prosecute pursuant to Local Rule CR 41(b)(2).

//

//

//

ORDER OF DISMISSAL
PAGE - 1

   (3)  The Clerk is directed to send copies of this Order to plaintiff at his last known address, to counsel for defendant, and to Judge Donohue.

   DATED this <u>8th</u> day of March, 2011.

                     /s/ Thomas S. Zilly
                      Thomas S. Zilly
                      United States District Judge

ORDER OF DISMISSAL
PAGE - 2